## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DAVID WAYNE HUNGERFORD** | * | **CIVIL ACTION NO. 2:17-CV-778** |
| **D.O.C. # 444829** | * | **SECTION P** |
| | * | |
| | * | |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| | * | |
| | * | |
| **POLICE DEPARTMENT CITY OF** | * | **MAG. JUDGE KATHLEEN KAY** |
| **LAKE CHARLES, ET AL.** | * | |

**************************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 15] of the

Magistrate Judge previously filed herein, determining that the findings are correct under

applicable law, and noting the absence of objections to the Report and Recommendation in the

record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the plaintiff's claims are

**DISMISSED WITHOUT PREJUDICE** under Rule 41(b) of the Federal Rules of Civil

Procedure.

Monroe, Louisiana, this 13th day of April, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE